UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
STEPHEN FLANAGAN, as a Trustee of the GENERAL
BUILDING LABORERS' LOCAL 66 VACATION FUND;
STEPHEN FLANAGAN, as a Trustee of the GENERAL
BUILDING LABORERS' LOCAL 66 PENSION FUND;
STEPHEN FLANAGAN, as a Trustee of the GENERAL
BUILDING LABORERS' LOCAL 66 WELFARE FUND;
STEPHEN FLANAGAN, as a Trustee of the GENERAL
BUILDING LABORERS' LOCAL 66 ANNUITY FUND;
STEPHEN FLANAGAN, as a Trustee of the GENERAL
BUILDING LABORERS' LOCAL 66 LABORERS'
EMPLOYER COOPERATIVE AND EDUCATIONAL
TRUST FUND; STEPHEN FLANAGAN, as a Trustee
of the GENERAL BUILDING LABORERS' LOCAL 66
GREATER NY LABORERS' EMPLOYER COOPERATIVE
AND EDUCATIONAL TRUST FUND; STEPHEN
FLANAGAN, as a Trustee of the GENERAL BUILDING
LABORERS' LOCAL 66 TRAINING PROGRAM;
STEPHEN FLANAGAN, as a Trustee of the GENERAL
BUILDING LABORERS' LOCAL 66 NEW YORK STATE
HEALTH AND SAFETY FUND; STEPHEN FLANAGAN,
as Business Manager of GENERAL BUILDING LABORERS'
LOCAL UNION NO. 66 of the LABORERS'
INTERNATIONAL UNION OF NORTH AMERICA,
AFL-CIO,

                          Plaintiffs,

   -against-

NAVILLUS TILE, INC.,

                          Defendants.
-------------------------------------------------------------------------X

2-17-cv-6534 (JFB) (ARL)

**NOTICE OF VOLUNTARY**
**DISMISSAL WITHOUT**
**PREJUDICE**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   DEC 11 2018   ★

LONG ISLAND OFFICE

     NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil procedure 41(a),

Plaintiffs voluntarily dismiss without prejudice the above-entitled action against Defendant

Navillus Tile, Inc.

Dated: November 14, 2018
      Patchogue, New York

                                By: _William T. LaVelle_
                                    William T. LaVelle

LaVelle Law & Associates, P.C.
Attorneys for Plaintiffs
57 E. Main Street
Patchogue, New York 11772
(631) 475-0001

Navillus Tile, Inc.
633 3rd Avenue, 17th Floor
New York, New York 11772

The Clerk of the court shall close the case.

SO ORDERED

Joseph Bianco
Joseph F. Bianco
USDJ
Date: Dec 11 20 18
Central Islip, N.Y.